UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON ARTIS, <br> Mother and Next Friend of S.A., a minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07-0932 (JDB)

### DEFENDANTS' ANSWER TO THE COMPLAINT

The Defendants, by counsel, here answer the Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

### PRELIMINARY STATEMENT

1. The allegations in paragraph 1 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

### JURISDICTION

2. The allegations in paragraph 2(a-b) are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied, except that the Defendants admit that this Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 *et seq.*

3. The Defendants admit the allegations in paragraph 3.

## PARTIES

4. The allegations in paragraph 4 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that the Defendants admit that the Plaintiffs are residents of the District of Columbia.

5. The Defendants admit the allegations in paragraph 5.

6. The Defendants admit the allegations in paragraph 6.

7. The Defendants admit the allegations in paragraph 7.

## FACTUAL BACKGROUND

1. The allegations in paragraph 1 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

2. The allegations in paragraph 2 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

3. The allegations in paragraph 3 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

4. The allegations in paragraph 4 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

5. The allegations in paragraph 5 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

6. The allegations in paragraph 6 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

7. The allegations in paragraph 7 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

8. The allegations in paragraph 8 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

9. The allegations in paragraph 9 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

10. The allegations in paragraph 10 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

11. The allegations in paragraph 11 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

12. The allegations in paragraph 12 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

13. The allegations in paragraph 13 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

14. The allegations in paragraph 14 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

15. The allegations in paragraph 15 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

16. The allegations in paragraph 16 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

17. The allegations in paragraph 17 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

18. The allegations in paragraph 18 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

19. The allegations in paragraph 19 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

20. The allegations in paragraph 20 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

21. The allegations in paragraph 21 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

22. The allegations in paragraph 22 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

23. The allegations in paragraph 23 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

## FACTUAL ALLEGATIONS

24. The allegations in paragraph 24 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

25. The Defendants admit the allegations in paragraph 25, except that the Plaintiffs submitted their invoices to the District of Columbia Public Schools on various dates in 2006—not solely on February 9, 2006.

26. The Defendants admit the allegations in paragraph 26.

27. The Defendants deny the allegations in paragraph 27.

28. The Defendants deny the allegations in paragraph 28.

29. The allegations in paragraph 29 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

30. The Defendants deny the allegations in paragraph 30.

31. The allegations in paragraph 31 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

32. The allegations in paragraph 32 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

33. The allegations in paragraph 33 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

34. The allegations in paragraph 34 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

35. The allegations in paragraph 35 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

36. The allegations in paragraph 36 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

37. The allegations in paragraph 37 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

38. The allegations in paragraph 38 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

39. The allegations in paragraph 39 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

40. The Defendants deny the allegations in paragraph 40.

## COUNT I

41. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 40 above.

42. The allegations in paragraph 42 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

**BY WAY OF FURTHER ANSWER**, the Defendants deny all allegations of wrongdoing not otherwise responded to or admitted.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint alleges violations outside of applicable limitations periods.

**THIRD AFFIRMATIVE DEFENSE**

The Complaint seeks payment of fees above the fees caps in the applicable District of Columbia Appropriations Acts.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiffs did not exhaust their administrative remedies.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
June 11, 2007                E-mail: Eden.Miller@dc.gov