IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON ARTIS,<br>parent and next friend of S.A., a minor<br>*et. al*<br>　　　　Plaintiffs<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No.: 07-00932(JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

### PRAECIPE

To the Clerk of the Court:

　　Please dismiss the following Plaintiff with prejudice:

　　TERRY JOHNSON, parent and next friend of R.W., a minor　　　　　.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Tilman L. Gerald [928796]
　　　　　　　　　　　　　　　　　　Roxanne D. Neloms [478157]
　　　　　　　　　　　　　　　　　　James E. Brown & Associates, PLLC
　　　　　　　　　　　　　　　　　　1220 L Street, NW, Suite 700
　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　(202) 742-2000
　　　　　　　　　　　　　　　　　　(202) 742-2098 (fax)
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*