IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON ARTIS, parent and next friend of S.A., a minor *et. al* <br><br> Plaintiffs <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No.: 07-00932(JDB) ) ) ) ) ) ) |

**JOINT RULE 16.3 REPORT**

COME NOW the parties, numerous Plaintiffs and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report. The counsel for the parties conferred via e-mail and consistent with the said conferences, the parties respectfully submit the following:

**I.   Statement of the case**

Plaintiffs are seeking reimbursement of attorney fees incurred in the connection of litigation at the administrative level under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 <u>et</u> <u>seq</u>.  The Defendants dispute both the entitlement to, and the amount of, reasonable attorneys' fees requested by the Plaintiffs.

**II.   Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1. Based on the information available, the parties believe that this case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the pleadings.  At this time, the parties do not believe that the factual and

1

legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Parties have agreed that since this case involves claims for attorneys' fees that no administrative record is necessary.

   b. The Defendant plans to file a Motion to Dismiss, prior to the Initial Scheduling Conference, and the Plaintiffs will respond in due course.

   c. The Plaintiffs will file their Motion for Summary Judgment within 30 days after the Court's decision on the motion to dismiss.

   d. The Defendants will file their Cross Motion for Summary Judgment and its Opposition 30 days after the Plaintiffs' filing.

   e. The Plaintiffs will file their Opposition and Reply 15 days after the Defendants' filing.

   f. Defendants will file their Reply 15 days after the Plaintiffs' filing.

7. The parties believe that they are exempt from the requirements of Rule 26(a)(1) because this case requires no discovery.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 28th day of June 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
(202)724-6614
(202)727-3625(fax)
E-mail:Eden.Miller@dc.gov
Attorneys for Defendants
           /s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC

3

1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
**Attorneys for Plaintiffs**


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| **SHARON ARTIS,** ) <br> parent and next friend of S.A., a minor ) <br> *et. al* ) <br>       **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA,** *et al.*, ) <br> ) <br>       **Defendants.** ) <br> ) | Civil Action No.: 07-00932(JDB) |

**ORDER**

This Court, having considered the requests of the Parties, issues the following Order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1. The parties are not required to file an administrative record.

2. The Plaintiffs will file their Motion for Summary Judgment within 30 days after the Court's decision on the motion to dismiss.

3. The Defendants will file their Cross Motion for Summary Judgment and its Opposition 30 days after the Plaintiffs' filing.

4. The Plaintiffs will file their Opposition and Reply 15 days after the Defendants' filing.

5. Defendants will file their Reply 15 days after the Plaintiffs' filing.

4

SO ORDERED.

_____
United States District Judge

5