UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON ARTIS, et al.,

　　Plaintiffs,

　　v.

DISTRICT OF COLUMBIA, et al.,

　　Defendants.

Civil Action No. 07-0932 (JDB)

## SCHEDULING ORDER

　　Pursuant to the Initial Scheduling Conference with the Court on this  25th  day of July, 2007, and the Joint Rule 16.3 Statement previously submitted by the parties, it is hereby

　　**ORDERED** that plaintiffs' opposition to defendants' motion for partial dismissal shall be filed by not later than August 15, 2007, and defendants' reply shall be filed by not later than August 30, 2007; and it is further

　　**ORDERED** that the following schedule shall govern the filing of motions for summary judgment:

1. Plaintiffs' motion for summary judgment shall be filed by not later than 60 days after defendants' motion for partial dismissal is resolved.

2. Defendants' opposition and cross-motion shall be filed by not later than 30 days thereafter.

3. Plaintiffs' reply and opposition to defendants' cross-motion shall be filed by not later than 15 days thereafter.

4. Defendants' reply shall be filed by not later than 15 days thereafter.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　United States District Judge