IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON ARTIS,<br>parent and next friend of S.A., a minor<br>*et. al*<br>        Plaintiffs<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | Civil Action No.: 07-00932(JDB) |

## **PRAECIPE**

To the Clerk of the Court:

    Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

                                      Respectfully submitted,

                                      /s/_____
                                      Roxanne D. Neloms [478157]
                                      James E. Brown & Associates, PLLC
                                      1220 L Street, NW, Suite 700
                                      Washington, D.C.  20005
                                      (202) 742-2000
                                      (202) 742-2098 (fax)
                                      *Attorney for Plaintiffs*