IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHARON ARTIS,**  ) <br> parent and next friend of S.A., a minor  ) <br> *et. al*  ) <br>       **Plaintiffs**  ) <br>                        ) <br>     v.  ) <br>                        ) <br> **DISTRICT OF COLUMBIA,** *et al.*,  ) <br>                        ) <br>       **Defendants.**  ) | Civil Action No.: 07-00932(JDB) |

**<u>PRAECIPE</u>**

To the Clerk of the Court:

    Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

    .

                                             Respectfully submitted,

                                             /s/
                                             Roxanne D. Neloms [478157]
                                             James E. Brown & Associates, PLLC
                                             1220 L Street, NW, Suite 700
                                             Washington, D.C.  20005
                                             (202) 742-2000
                                             (202) 742-2098 (fax)
                                             ***Attorney for Plaintiffs***