IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHARON ARTIS,**<br>**parent and next friend of S.A., a minor**<br>*et. al*<br>**Plaintiffs**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)  Civil Action No.: 07-00932(JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

To the Clerk of the Court:

Please dismiss the following Plaintiffs, with prejudice:

1. **LAKISHA BETHEA, parent and next friend of R.B., a minor**;

2. **BEVERLY BRISCOE, parent and next friend of B.B., a minor;**

3. **DEBRA WILSON, parent and next friend of R.L., a minor**;

4. **EDWINA LLOYD, parents and next friends of J.L., a minor;**

5. **JOSE MEJIA & OLINDA QUINTANILLA, parent and next friend of M.Q., a minor;**

6. **ROBERTA MARCHETTE, parent and next friend of A.W., a minor;**

7. **MICHELLE HOOD, parent and next friend of J.S., a minor (Exhibit W);**

8. **JOYCE MOON, parent and next friend of D.C., a minor.**

Respectfully submitted,

/s/ _____
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***