## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SHARON ARTIS, for**<br>**S.A., a minor, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>**Defendants.** | **Civil Action No.  07-0932 (JDB)** |

## ORDER

Upon consideration of [10] defendants' motion for partial dismissal, the parties' memoranda, plaintiffs' complaint and exhibits, the applicable law, and the entire record, and for the reasons set forth in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that defendants' motion for partial dismissal as to the claims of S.A., J.G., A.L., E.C., and J.S. is **GRANTED**, and therefore the claims brought by S.A., J.G., A.L., E.C., and J.S. are **DISMISSED**; and it is further

**ORDERED** that defendants' motion for partial dismissal as to the claims of R.F., A.H., and N.H. is **DENIED**.

**SO ORDERED**.

_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge

Date: <u>March 20, 2008</u>