UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON ARTIS, <br> Mother and Next Friend of <br> S.A., a Minor, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0932 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' CONSENT MOTION TO ENLARGE
THE TIME TO FILE AN ANSWER, *NUNC PRO TUNC***

The Defendants, by counsel, respectfully move this Court for leave to file their Answer to the Plaintiffs' Complaint on May 19, 2008, pursuant to Fed. R. Civ. P. 6(b)(2), *nunc pro tunc*. The Answer was due on March 30, 2008—ten days after this Court issued its Memorandum Opinion on the Defendants' Motion for Partial Dismissal. As grounds for this request, the Defendant represents as follows:

1. The parties are in settlement negotiations, and hope to fully resolve the remaining claims in this case.

2. The Plaintiffs' counsel consented to this enlargement, pursuant to LCvR 7.1 (m).

3. The Plaintiffs will not be prejudiced by the granting of this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(2), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

>Respectfully submitted,
>
>PETER J. NICKLES
>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>**/s/ Edward P. Taptich**
>EDWARD P. TAPTICH
>Chief, Equity Section 2
>Bar Number 012914
>
>**/s/ Eden I. Miller**
>EDEN I. MILLER
>Assistant Attorney General
>Bar Number 483802
>441 Fourth Street, N.W., Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6614
>(202) 727-3625 (fax)

April 24, 2008                E-mail: Eden.Miller@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON ARTIS,<br>Mother and Next Friend of<br>S.A., a Minor, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0932 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Defendants' Consent Motion for Enlargement of Time to File Their Answer and the record herein, it is on this _____ day of April, 2008, hereby

**ORDERED,** that the Defendants' Motion is **GRANTED;** and it is

**FURTHER ORDERED,** that the Defendants shall file their Answer to the Complaint on May 19, 2008.

 

United States District Judge John D. Bates