# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON ARTIS, </br> Mother and Next Friend of </br> S.A., a Minor, *et al.,* </br> </br> Plaintiffs, </br> </br> v. </br> </br> DISTRICT OF COLUMBIA, </br> A municipal corporation, *et al.,* </br> </br> Defendants. | Civil Action No. 07-0932 (JDB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Juliane T. DeMarco on behalf of the Defendant District of Columbia in the above-captioned case.

        Respectfully submitted,

        PETER J. NICKLES </br>
        Interim Attorney General </br>
        for the District of Columbia

        GEORGE C. VALENTINE </br>
        Deputy Attorney General </br>
        Civil Litigation Division

        **/s/ Edward P. Taptich** </br>
        EDWARD P. TAPTICH </br>
        Chief, Equity Section 2 </br>
        Bar Number 012914

2

|  |  |
|---|---|
|  | **/s/ Juliane T. DeMarco** |
|  | JULIANE T. DeMARCO |
|  | Assistant Attorney General |
|  | Bar Number 490872 |
|  | Sixth Floor South |
|  | 441 Fourth Street, N.W. |
|  | Washington, D.C. 20001 |
|  | (202) 724-6614 |
|  | (202) 741-0575 (fax) |
| May 8, 2008 | E-mail: Juliane.DeMarco@dc.gov |
|  |  |
|  | Counsel for the Defendant |