# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON ARTIS,<br>Mother and Next Friend of<br>S.A., a Minor, *et al.,*<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation, *et al.,*<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-0932 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR DISMISSAL OF THE CASE

The parties, through counsel, respectfully move this Court to dismiss the present case with prejudice, as all outstanding issues have been resolved. Attached hereto is a joint proposed order.

　　　　　　　　　　　　　Respectfully submitted,

**/s/ Roxanne Neloms**　　　　　　　PETER J. NICKLES
Bar Number 478157　　　　　　　　Interim Attorney General
James E. Brown and Associates, PLLC　for the District of Columbia
1220 L Street, N. W., Suite 700
Washington, D.C. 20005　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　Deputy Attorney General
Counsel for the Plaintiffs　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　**/s/ Edward P. Taptich**
　　　　　　　　　　　　　　　　　EDWARD P. TAPTICH
　　　　　　　　　　　　　　　　　Chief, Equity Section 2
　　　　　　　　　　　　　　　　　Bar Number 012914

　　　　　　　　　　　　　　　　　**/s/ Eden I. Miller**
　　　　　　　　　　　　　　　　　EDEN I. MILLER
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Bar Number 483802

**/s/ Juliane T. DeMarco**
JULIANE T. DeMARCO
Assistant Attorney General
Bar Number 490872
Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6614
(202) 741-0575 (fax)
E-mail: Juliane.DeMarco@dc.gov

May 9, 2008                                         Counsel for the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON ARTIS, <br> Mother and Next Friend of <br> S.A., a Minor, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0932 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

By consent of the parties, it is, this __ day of May, 2008, hereby

**ORDERED**, that the remaining Plaintiffs are awarded $52,699.87 for attorneys' fees and costs for work done on behalf of the minors D.M., A.C., K.C., T.M., C.F., J.R., W.G., R.F., A.H. and N.H.  Payment of $39,699.87 — representing the amount the Defendants believe is permissible under the applicable statutory fee cap[1] — is to be made to the Plaintiffs' counsel, James E. Brown and Associates, PLLC, pursuant to the attached itemized schedule ("Attachment A").  The balance shall be paid subject to applicable law.  It is

**FURTHER ORDERED**, that all payment shall be made within 90 days of the date of this Order, and on the 91st day, interest shall accrue, pursuant to 28 U.S.C. § 1961; and it is

---

[1] Section 819 of the District of Columbia Appropriations Act of 2008, 110 Pub. L. 161; 121 Stat. 2764 (2007), limits the amount of attorney's fees for an action under the Individuals with Disabilities Education Improvement Act of 2004 to $4,000.

2

**FURTHER ORDERED**, that the above-mentioned agreement of the parties resolves all claims by the Plaintiffs and their counsel in the above-captioned case, and extinguishes all of the Defendants' liabilities for such claims; and it is

**FURTHER ORDERED**, that this case is **DISMISSED WITH PREJUDICE.**

---

John D. Bates
United States District Court Judge

2

## ATTACHMENT A

| Student | HOD Date | Agreed Upon Award | Total Amount to be Paid Under Applicable Fee Cap |
|---|---|---|---|
| D.M. | 3/27/2006 | $8,000 in fees & $397.84 in costs | $4,000 in fees & $397.84 in costs |
| A.C. | 4/25/2006 | $4,000 in fees & $165.23 in costs | $4,000 in fees & $165.23 in costs |
| K.C. | 5/16/2006 | $1,500 in fees & $118.26 in costs | $1,500 in fees & $118.26 in costs |
| T.M. | 6/21/2006 | $4,500 in fees & $182.42 in costs | $4,000 in fees & $182.42 in costs |
| C.F. | 7/28/2006 | $5,000 in fees & $227.60 in costs | $4,000 in fees & $227.60 in costs |
| J.R. | 8/11/2006 | $4,500 in fees & $137.41 in costs | $4,000 in fees & $137.41 in costs |
| W.G. | 10/2/2006 | $4,000 in fees & $235.42 in costs | $4,000 in fees & $235.42 in costs |
| R.F. | 10/18/2006 | $5,000 in fees & $166.58 in costs | $4,000 in fees & $166.58 in costs |
| A.H. | 11/28/2006 | $10,000 in fees & $420.04 in costs | $4,000 in fees & $420.04 in costs |
| N.H. | 11/13/2006 | $4,000 in fees & $149.07 in costs | $4,000 in fees & $149.07 in costs |